In the Matter of W. P. CHRYSLER BUILDING CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [660 3rd Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

HELEN L. REISS, Appellant, v. CARL REISS, Respondent.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *post,* p. 882.]

■

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant, v. MANHATTAN REFRIGERATING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER DIETZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, v. J. WATSON WEBB.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 973.]

■

In the Matter of the Application of WILLIAM CAPITMAN for Admission to the Bar.— Application denied without prejudice to a renewal thereof after the expiration of two years. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of ARMEN D. ANDERSON, JR., an Attorney.— Motion for reinstatement granted. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

■

(February 25, 1953.)

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH NEWITT, Appellant, against ROY L. NEWITT, Respondent.— Order modified so as to provide for temporary custody of the two infant children in the relator-appellant during one half of the school vacations, and as so modified, affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Dore and Cohn, JJ., dissent and vote to affirm. Settle order on notice. [See 282 App. Div. 81.]